FILED ✓
RECEIVED
LODGED
COPY

JAN 0 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SEALED

Sara Ballew, KS Bar No. 25787
(applying for *pro hac vice*)
**Bracker & Marcus LLC**
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
Sara@FCACounsel.com

Attorney for Plaintiff
Sidesolve LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ex rel. Sidesolve LLC, | **Case No.** |
| Plaintiff-Relator, | **CV23-00034-PHX-DWL** |
| v. | **COMPLAINT** |
| Risas Holdings LLC; Risas Dental Management, LLC; and Wheat Ridge Dental Partners PLLC, | |
| Defendants. | **(Jury Trial Requested)** |

RESPECTFULLY SUBMITTED this 4th day of January 2023:

**Bracker & Marcus LLC**

By: _____
Sara Ballew
Attorney for Sidesolve LLC

1

# COMPLAINT

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendants Risas Holdings LLC; Risas Dental Management, LLC; and Wheat Ridge Dental Partners PLLC, for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

2. This action seeks to recover funds that were loaned to Defendants through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together into a complete picture of the alleged fraud.

4. While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came across Risas Dental Management, LLC and Wheat Ridge Dental Partners PLLC, two related entities that had applied for two PPP loans totaling almost $4 million. Both loans were forgiven in their entirety, plus interest.

5.  Had these entities properly applied the SBA's Affiliation Rules for PPP loans—the purpose of which is to prevent exactly this sort of "unbundling" of companies to circumvent PPP requirements—Risas Dental would not have been eligible for any PPP funding. Instead, these entities received a windfall, to the detriment of the federal government and the thousands of small businesses that were unable to get the financial assistance they badly needed during the pandemic.

## JURISDICTION AND VENUE

6.  This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

7.  Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as Defendants transact business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

8.  During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

9.  Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to

3

the full principal amount of qualifying loans guaranteed under the PPP.

10. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

11. Lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the following amounts:

- Five (5) percent for loans of not more than $350,000;

- Three (3) percent for loans of more than $350,000 and less than $2,000,000; and

- One (1) percent for loans of at least $2,000,000.

12. Borrowers had to submit documentation necessary to establish eligibility such as payroll processor records, payroll tax filings, form 1099s, income and expenses documentation.

13. In general, the maximum amount borrowers could borrow was calculated by aggregating payroll costs from the previous year, with annual employee salaries capped at $100,000. The borrower then calculated the average monthly payroll cost and multiplied that amount by a factor of 2.5.

14. Each borrower certified on its PPP application that "[d]uring the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and

4

will not receive another loan under the Paycheck Protection Program."

15. Borrowers "further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects."

16. Borrowers were then able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PARTIES

17. Defendant Risas Holdings LLC's principal location is 3030 N. Central Ave., #1500, Phoenix, AZ 85012. Articles of Amendment filed with the Arizona Secretary of State in 2016 show Jeffrey Adams as a manager.

18. Defendant Risas Dental Management, LLC is a subsidiary of Risas Holdings LLC. It operates twenty-seven dental practices in Arizona, Colorado, Nevada, and Texas. These locations do business as Risas Dental and Braces. Risas Dental Management, LLC lists its principal location with the Arizona Secretary of State as 1601 N 7th St. #260, Phoenix, AZ 85006. Jeffrey Adams is the CEO of Risas Dental Management, LLC. Drs. Whitney Wright and Nic Porter founded the company.

19. Registered in Arizona, Nevada, and Colorado are state-specific subsidiaries of Risas Dental Management, LLC. For example, in Colorado, Risas Dental Management of Colorado LLC lists a principal office address of 3030 N. Central Ave., #1500, Phoenix, AZ 85012.

20. Each Risas Dental and Braces practice also has its own subsidiary. For example, there are six locations in Colorado and six corresponding entities: Wheat Ridge Dental Partners PLLC: Aurora North Dental Partners PLLC; Aurora South Dental Partners PLLC; Commerce City Dental Partners PLLC; Denver South Dental Partners PLLC; and Federal Heights Dental Partners PLLC. Similarly, in Arizona, companies such as Phoenix Central Dental Partners LLC were formed under Risas Dental Management of Arizona LLC.

21. Risas Holdings, LLC is also a parent company for various other entities, including Risas Expansion LLC; Risas Insurance LLC; Risas Lab and Supply LLC; Risas Real Estate and Equipment LLC; and Westgate RE LLC.

22. Defendant Wheat Ridge Dental Partners PLLC ("Wheat Ridge") is the corporate entity for a Risas Dental and Braces location at 3815 N. Wadsworth Blvd., Wheat Ridge, CO 80333.

23. Risas Holdings LLC, Risas Dental Management, LLC, their subsidiaries, and their subsidiaries' subsidiaries, including Wheat Ridge, are hereinafter collectively referred to as "Risas Dental."

## FACTUAL ALLEGATIONS

24. Of all the aforementioned entities held by Risas Holdings LLC and its subsidiaries, it appears that only Risas Dental Management, LLC and Wheat Ridge Dental Partners PLLC applied for PPP loans.

25. In total, Risas Dental received $3,959,535 in PPP funding, all forgiven, including

6

interest forgiven.

26. Risas Dental Management, LLC was approved for a First Draw PPP loan of $3,021,861 on April 7, 2020 by First Western Trust Bank. It reported 489 jobs. The entire loan amount, plus interest, was forgiven.

27. Wheat Ridge Dental Partners PLLC was approved for a First Draw PPP loan of $937,674 on April 7, 2020 by First Western Trust Bank. It reported 175 jobs. The entire loan amount, plus interest, was forgiven.

28. Both entities used the same address to apply for the loans, the same address as Defendant Risas Holdings LLC: 3030 N Central Ave., Phoenix, AZ 85012. Wheat Ridge included the suite number, Suite 1500.

29. Version one of the PPP Borrower Application Form,[1] effective April 2, 2020, required the applicant to certify in good faith that, *inter alia*:

    a.  The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).

    b.  The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees [sic] or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.

---

[1] https://www.sba.gov/sites/default/files/2022-02/PPP-Borrower-Application-Form-Fillable.pdf

7

c.  During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

d.  I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

30. Some or all of the above PPP certifications were false when made by Risas Dental. Risas Dental applied for and received two PPP loans when it was not eligible to receive PPP funding.

## A. The Affiliation Rules

31. In addition to small business concerns, a business was eligible for a First Draw PPP Loan if the business had 500 or fewer employees **or** the business met the SBA employee-based or revenue-based size standard for the industry in which it operates (if applicable).

32. When multiple entities are operated under common ownership or management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee and revenue count when evaluating their loan eligibility.

33. Upon information and belief, each Risas Dental location and entity qualified as an "affiliate" under the SBA's Affiliation Rules for PPP Loans, codified at 13 C.F.R.

8

§ 121.301(f), under the ownership and management tests, and so their employee and revenue counts should have been consolidated when evaluating their PPP loan eligibility.

34. Secretary of State filings in Arizona, for example, show that the individual entities—such as Phoenix Central Dental Partners LLC—are owned by their respective state entities—such as Risas Dental Management of Arizona LLC—which in turn are owned by Risas Dental Management, LLC, which in turn is owned by Risas Holdings LLC.

35. Upon information and belief, Whitney Wright, a founder of Risas Dental Management, LLC, is listed as the authorized official and owner of Wheat Ridge on its NPI application to CMS.

36. Jeffrey Adams—Risas Dental Management, LLC's CEO and practices manager, and member of Risas Holdings LLC—is listed as the registered agent on Wheat Ridge's January 2019 filing with the Colorado Secretary of State.

37. A Memorandum Decision from the Arizona Court of Appeals confirms that "Risas Holdings, LLC[] owns and manages Risas Dental Management, LLC, which operates dental offices in Arizona and Colorado." *Risas Holdings LLC v. Tackett*, No. 1 CA-CV-20-0150 (Ariz. Ct. App. Div. One, Dec. 1, 2020).

38. All of the entities perform dentistry services under the same name: Risas Dental and Braces. They advertise as a single entity with multiple locations, and collectively advertise for jobs on a single website.

9

**B. Application of the Affiliation Rules**

39. Risas Dental falls under NAICS code 621210, which does not have an employee size standard listed. Thus, the PPP program's baseline of no more than 500 employees applies.

40. Collectively, Risas Dental reported 664 jobs. Accordingly, if the affiliate rules apply, Risas Dental does not qualify for a PPP loan.

41. A January 2019 article from the Phoenix Business Journal reported that Risas Dental Management, LLC employed 750 people.

42. Risas Dental Management, LLC reported 489 employees on its loan application, just under the 500 employee limit.

43. Wheat Ridge reported 175 employees on its loan application.

44. The Risas Dental website lists only four dentists at the Wheat Ridge location. Zillow indicates that the building at Wheat Ridge is only 3,640 square feet. It is improbable that Wheat Ridge, which, upon information and belief, is the corporate entity for just a single dental practice location, has 175 of its own employees while the other Risas Dental locations add up to 489.

45. Accordingly, the evidence suggests that Risas Dental understood that it could add up all the employees at its locations to maximize its loan, but when that number exceeded 500, it included the remainder under a second Wheat Ridge loan, which violates the PPP loan guidelines.

46. Risas Dental also would not likely qualify under the revenue-based size standard.

The listed revenue-based size standard for NAICS code 621210 was $8.0 million in annual receipts. "Annual receipts" is defined as the "total income" (or "gross income") plus the "cost of goods sold." Receipts are averaged over a business' latest three complete fiscal years to determine the average annual receipts.

47. The Phoenix Business Journal article reported that Risas Dental had $85 million in revenue in 2018 and that it was planning to hire another 75 to 125 people in 2020.

48. Twenty-five Risas Dental locations would only have to average $320,000 per year each to exceed the $8 million threshold. It is improbable that these offices' revenues were equal to what they were paying their individual dentists.

49. Accordingly, Defendants—through Risas Dental Management, LLC and Wheat Ridge Dental Partners PLLC—falsely applied for or caused to be applied for PPP funding when they did not qualify for PPP funding—causing the federal government to pay processing fees for the loans—and received forgiveness for the PPP loans under false pretenses, further damaging the federal government.

50. In its applications, Defendants made or caused to be made false statements material to the PPP lending decisions.

51. Insofar as the affiliate rules could have been considered unclear at the time Defendants applied for the loans, subsequent clarifications issued by the SBA should have informed them that they had improperly applied for and received PPP funds so that they should have repaid those funds. Instead, Defendants not only kept the PPP funds, but they applied for and received forgiveness for those funds under false

pretenses.

## COUNT I
### VIOLATIONS OF 31 U.S.C. § 3729–FEDERAL FCA
### (All Defendants)

52. Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

53. As set forth above, Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

54. As set forth above, Defendants knowingly made, used, or caused to be made or used, false records or statements material to false or fraudulent claims, in violation of 31 U.S.C. § 3729(a)(1)(B).

55. As set forth above, Defendants knowingly conspired to commit a violation of the False Claims Act, in violation of 31 U.S.C. § 3729(a)(1)(C).

56. As set forth above, Defendants knowingly made, used, or caused to be made or used a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the Government, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(G).

57. Due to Defendants' conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

58. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## **PRAYER FOR RELIEF**

WHEREFORE, Relator prays for judgment against Defendants:

a)  awarding the United States treble damages sustained by it for each of the false claims or improperly retained payments;

b)  awarding the United States a maximum civil penalty for each of the false claims, records, or statements;

c)  awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

d)  awarding Relator litigation costs, expenses, and reasonable attorneys' fees; and

e)  granting such other relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.